**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br>vs.<br><br>Irene Notah,<br>    Defendant. | 10-04337M-001-PCT-MEA<br><br>**ORDER** |

The defendant appeared in court and admitted to violating her conditions of probation as alleged in Paragraph A of the Petition to Revoke Probation. Based upon those admissions, the court finds the defendant has violated the conditions of her probation.

IT IS ORDERED reinstating the defendant on probation subject to the previously ordered conditions and special conditions.

IT IS FURTHER ORDERED that the defendant's supervised probation is extended for one (1) year to expire on December 15, 2012.

IT IS FURTHER ORDERED that the defendant be released from custody on Wednesday, June 29, 2011 by 8:00 am.

DATED this 28th day of June, 2011.

*Mark E. Aspey*
Mark E. Aspey
United States Magistrate Judge